# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| PARISA SALEHI ) | |
| 3614 Fessender Street, NW ) | COMPLAINT FOR HEARING |
| Washington, DC 20008 ) | ON NATURALIZATION |
| CIS File No. A75 981 185 ) | APPLICATION |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. |
| ) | |
| GREGORY CHRISTIAN, District Director ) | |
| Washington Field Office ) | |
| U.S. Citizenship and Immigration Services ) | |
| 2675 Prosperity Avenue ) | |
| Fairfax, VA 22031 ) | |
| ) | |
| EMILIO T. GONZALEZ, Director ) | |
| U.S. Citizenship and Immigration Services ) | |
| 20 Massachusetts Avenue, N.W. ) | |
| Washington, DC 20529 ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary ) | |
| U.S. Department of Homeland Security ) | |
| 425 Murray Drive, Building 410 ) | |
| Washington, DC 20528 ) | |
| ) | |
| ROBERT S. MUELLER, Director ) | |
| Federal Bureau of Investigation ) | |
| J. Edgar Hoover Building ) | |
| 935 Pennsylvania Avenue, N.W. ) | |
| Washington, DC 20535 ) | |
| ) | |
| Defendants. ) | |

_____)

## PRELIMINARY STATEMENT

1.  This action is brought against the Defendants pursuant to 8 U.S.C. §1447(b) with a

    request for judicial relief in the form of an adjudication of the Plaintiff's Application

    for Naturalization (Form N-400) in this Court.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

2.  The Plaintiff properly filed her application with the Defendant U.S. Citizenship and Immigration Services ("USCIS") on June 17, 2005, and she attended an examination of her application on June 7, 2006.  As more than 120 days have passed since the Plaintiff's examination, the Plaintiff seeks review of her application by this Court.  The Plaintiff is prima facie eligible for naturalization, as explained below, and this Court should assume jurisdiction over this matter and grant her application for naturalization or, alternatively, remand the application to USCIS, with proper instructions, to adjudicate without further delay.

### JURISDICTION

3.  This is a civil action brought pursuant to 8 U.S.C. §1447(b) (jurisdiction of district court to decide an application for naturalization when there has been a failure by the agency to make a decision within 120 days of the examination). *See also* 8 C.F.R. §310.5(a).  Jurisdiction is further conferred by 8 U.S.C. §1329 (jurisdiction of the district courts) and 28 U.S.C. §1331 (federal question jurisdiction) and §1361 (action to compel an officer of the United States to perform her duty) to redress the deprivation of rights, privileges, and immunities secured to the Plaintiff, by which statutes jurisdiction is conferred.  Jurisdiction is also conferred pursuant to 5 U.S.C. §704 (Administrative Procedure Act).

4.  This complaint is timely because more than 120 days have passed since the Washington Field Office of USCIS conducted an examination of the Plaintiff on her naturalization application on June 7, 2006.  *See* 8 U.S.C. §1447(b); 8 C.F.R. §310.5(a).

2

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

## VENUE

5.   Venue lies in the District of Columbia, the judicial district where the Plaintiff resides, pursuant to 8 U.S.C. §1447(b) (". . . the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter."); *See also* 8 C.F.R. §310.5(a).

## PARTIES

6. The Plaintiff, Ms. PARISA SALEHI, has been a lawful permanent resident of the United States since May 4, 2000 and resides in Washington, DC.  She was born in Iran in 1971 and she is a citizen of Iran.  Her alien registration number is A75 981 185.

7. The Defendants, GREGORY CHRISTIAN, District Director, Washington Field Office, USCIS;  EMILIO T. GONZALEZ, Director, USCIS;  MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security ("DHS"); and ROBERT S. MUELLER, Director, Federal Bureau of Investigation ("FBI"), are made party Defendants pursuant to 8 U.S.C. §1421(a).  The Washington Field Office of USCIS is the local office with jurisdiction over the Plaintiff's pending application for naturalization.  USCIS is the agency of the U.S. Department of Homeland Security responsible for adjudicating applications for naturalization under the Immigration and Nationality Act ("INA") and has the sole authority to naturalize persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8 U.S.C. §1421(a).  *See also* 8 C.F.R. §310.1.  The Defendant officials of USCIS referred to herein also include its predecessor organization, which was known as the U.S.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

Immigration and Naturalization Service ("INS").[1]  The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including naturalization.

## FACTS

8.  The Plaintiff, Ms. Parisa Salehi, was born in Iran in 1971 and became a lawful permanent resident of the United States on May 4, 2000.  *See* Exh. 1.  Ms. Salehi has been steadily employed in this country as an attorney.  Ms. Salehi has always paid her taxes, has never engaged in any illicit activities, and has never been arrested, charged, or convicted of any crime.

9.  Ms. Salehi is eager to become a U.S. citizen and the delay by the Defendants in adjudicating her naturalization application is of great concern to her.  In addition to creating considerable anxiety and uncertainty for her, the delay in adjudication has created obstacles in her ability to pursue opportunities for professional advancement. Many jobs for which she is highly qualified inquire into whether an applicant is a U.S. citizen, and this factor can be determinative in the employer's decision regarding who to hire.  The delay in adjudication has also interfered with her travel needs, as Ms. Salehi experiences difficulties obtaining visas for travel outside the United States.

10. Ms. Salehi submitted an Application for Naturalization (Form N-400) with USCIS on June 17, 2005.  *See* Exh. 2 (Receipt Notice); Exh. 3 (Form N-400).  As directed, on March 21, 2006, Ms. Salehi submitted her fingerprints to USCIS.  *See* Exh. 4. She

---

[1] On March 1, 2003, the functions of the Immigration and Naturalization Service were transferred to the Department of Homeland Security pursuant to Title IV of the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2177.  *See Matter of D-J-*, 23 I&N Dec. 572, 573 n.1 (A.G. 2003).

4

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

attended an examination on her naturalization application at the USCIS Washington Field Office on June 7, 2006.  *See* Exh. 5.  At the end of the interview, the USCIS Officer Juliet Jenkins told Ms. Salehi that she had passed the written tests of English and U.S. history and government, but that USCIS could not make a decision on the application that day.   Ms. Salehi was given a form entitled "N-652, Naturalization Interview Results," which stated that "A decision cannot yet be made about your application" and advised as follows:

> **NOTE:**  Please be advised that under section 336 of the Immigration and Nationality Act, you have a right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

*Id.*

11. On July 6, 2006, USCIS sent Ms. Salehi the results of her Freedom of Information Act (FOIA) request for her immigration record, which she had requested on July 11, 2005. *See* Exh. 6.  The FOIA records disclosed no derogatory information that should prevent Ms. Salehi from becoming a U.S. citizen.

12. On September 22, 2006, Ms. Salehi submitted an inquiry to USCIS to inquire about the status of her naturalization application.  *See* Exh. 7.  No response was received.

13. Finally, on July 3, 2007, Ms. Salehi's counsel sent a letter to the USCIS Washington Field Office indicating Ms. Salehi's intent to file a petition for hearing on naturalization application with the Court absent a response from USCIS within thirty

5

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

days.  *See* Exh. 8.   The thirty-day period has since elapsed and USCIS has failed to provide any further updates on Ms. Salehi's case.

14. Throughout this process, Ms. Salehi has made numerous in-person and telephonic status inquiries with USCIS.  Ms. Salehi has received no explanation from USCIS for the lengthy delay in her case.

15. Nearly 14 months have now passed since Ms. Salehi's examination at USCIS and the Defendants still have not issued a decision on her naturalization application.  As more than 120 days have elapsed since Ms. Salehi's examination on June 7, 2006, the Plaintiff requests that this Court assume jurisdiction over her application for naturalization and either adjudicate it or remand the application to USCIS, with appropriate instructions, to adjudicate without further delay.  *See* 8 U.S.C. §1447(b).

## CLAIMS

16. The Plaintiff has a clear right to be granted United States citizenship and this Court has clear jurisdiction to adjudicate her application for naturalization now that the Defendants have failed to do so within the time period specified in 8 U.S.C. §1447(b).  *See also* 8 C.F.R. §310.5(a).   Alternatively, this Court may remand the Plaintiff's naturalization application to USCIS, with proper instructions, to adjudicate without further delay.  *See id.*  The Plaintiff has no other relief available.  *See generally Iddir v. INS*, 301 F.3d 492, 500 (7th Cir. 2002).

17. The Plaintiff has a clear right to be granted United States citizenship for the following reasons:

6

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

a.  The Plaintiff has demonstrated an understanding of the English language, including an ability to read, write, and speak words in ordinary usage in the English language, as required under 8 U.S.C. §1423(a)(1).  *See* Exh. 5.

b.  The Plaintiff has demonstrated a knowledge and understanding of the fundamentals of the history, and of the principles and form of government, of the United States, as required under 8 U.S.C. §1423(a)(2).  *See* Exh. 5.

c.  The Plaintiff is not opposed to the United States Government or law and does not favor, nor has she ever favored, any totalitarian form of government. Therefore, she is not barred from naturalization under 8 U.S.C. §1424.

d.  The Plaintiff meets the requirements as to residence as provided under 8 U.S.C. §1427(a).  Immediately prior to the filing of her application for naturalization on June 17, 2005, the Plaintiff had resided continuously, after being lawfully admitted for permanent residence on May 4, 2000, within the United States for at least five years, and during the five years immediately preceding the date of filing her application for naturalization had been physically present therein for periods totaling at least half of that time.  Furthermore, the Plaintiff had resided in Washington, DC for more than three months before filing her application for citizenship; thus, her application for naturalization was properly filed with USCIS pursuant to 8 U.S.C. §1427(a)(1).  *See* Exh. 2.  The Washington Field Office of USCIS in Fairfax, Virginia clearly has jurisdiction over her naturalization application.  Finally, the Plaintiff has continuously resided within

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

the United States from the date of her application for naturalization on June 17, 2005 to the present.

   e.  During all the periods referred to at 8 U.S.C. §1427(a), the Plaintiff has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

18. Congress has vested the Executive Branch with authority to confer citizenship.  8 U.S.C. §1421(a).  The statute authorizing the Executive Branch to decide citizenship is suffused with mandatory language.  *See* 8 U.S.C. §§1422, 1423, 1427; *see also Iddir*, 301 F.3d at 499 (describing Congress' use of mandatory language and the word "shall" through the statute as conferring a duty upon the Attorney General to administer the diversity visa program).  The Defendants owe the Plaintiff a duty to adjudicate the Plaintiff's application and have unreasonably failed to perform that duty.  The fact of a grant of jurisdiction to the U.S. District Courts to review lack of adjudication under 8 U.S.C. §1447(b) demonstrates that Congress intended to impose a mandatory duty on the Executive Branch.

19. The Plaintiff has exhausted any administrative remedies that exist and has availed herself of this Court's review under 8 U.S.C. §1447(b), which provides for judicial recourse in cases of administrative inaction.   When USCIS fails to make a determination on a naturalization application within 120 days of the applicant's examination, the applicant may appeal to the appropriate federal district court for a

8

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

hearing.  8 U.S.C. §1447(b).  The "examination" referenced in 8 U.S.C. §1447(b) has been interpreted by this and other courts to refer to the initial examination interview scheduled under 8 U.S.C. §1446(a).  *See Castracani v. Chertoff*, 377 F. Supp. 2d 71, 73 (D.C.D.C. 2005); *see also Etape v. Chertoff*, 446 F. Supp. 2d 408, 413 (D. Md. 2006) ("If there is a failure to make a determination [on a naturalization application] under section 1446 of [8 U.S.C.] before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter"); *United States v. Hovsepian*, 359 F.3d 1144, 1151 (9th Cir. 2004); *El-Daour v. Chertoff*, 417 F. Supp. 2d 679, 683 (W.D. Pa. 2005); *Angel v. Ridge*, 2005 WL 1263143, *4 (S.D. Ill. May 25, 2005).

20. The Plaintiff is entitled to judicial review of her pending naturalization application pursuant to 8 U.S.C. §1447(b), because more than 120 days have passed since her examination by the USCIS on June 7, 2006, and USCIS has, to date, failed to make a determination on her application.  *See also* 8 C.F.R. §310.5(a).  The filing of this complaint vests the Court with exclusive jurisdiction to determine the Plaintiff's naturalization application or remand it, with appropriate instructions, to USCIS for adjudication without further delay.  8 U.S.C. §1447(b); *see Castracani*, 377 F. Supp. 2d at 75; *see also Etape*, 446 F. Supp. 2d at 413 ("Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter."); *Hovsepian*, 359 F.3d at 1159.

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

WHEREFORE, the Plaintiff prays that the Court:

1. Assume jurisdiction over the Plaintiff's application for naturalization and adjudicate the application or, in the alternative, remand the application to USCIS with proper instructions to adjudicate it without further delay, including taking all necessary steps to complete the processing of required background and security checks;

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant attorney's fees and costs of Court to the Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 2nd day of August 2007,

PARISA SALEHI

By counsel,

Thomas K. Ragland
DC Bar Number: 501021

Nadeen Aljijakli
DC Bar Number: 501709

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
Phone: (202) 483-0053
Fax: (202) 483-6801

Counsel for Plaintiff.

10

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|

**I (a) PLAINTIFFS**

Parisa Salehi

**DEFENDANTS**

Gregory Christian, Emilio T. Gonzalez, Michael Chertoff, Robert S. Mueller

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**       Washington DC
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Thomas K. Ragland, Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle NW, Suite 775
Washington, DC 20036
(202) 483-0053

ATTORNEYS (IF KNOWN)

Jeffrey Taylor
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
    Plaintiff

○ 3 Federal Question
    (U.S. Government Not a Party)

◉ 2 U.S. Government
    Defendant

○ 4 Diversity
    (Indicate Citizenship of
    Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
    Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

***If Antitrust, then A governs)***

**◉ E.  General Civil (Other)    OR    ○ F.  Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
    defendant
☐ 871 IRS-Third Party 26
    USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
    of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
    Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
    Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
    Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
    Exchange
☐ 875 Customer Challenge 12 USC
    3410
☐ 900 Appeal of fee determination
    under equal access to Justice
☐ 950 Constitutionality of State
    Statutes
☒ 890 Other Statutory Actions (if
    not administrative agency
    review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
8 U.S.C. §1447(b) Petition for Hearing on Naturalization Application

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 8/2/2007   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

Memorandum of Creation of Record
of Lawful Permanent Residence

06/14/2000   EAC-00-196-51644 EACHLA02

| Place: | Baltimore, Maryland |
| File No.: | A75 981 185 |

(a)(k)(2)
(b)(7)(c)

Status as a lawful permanent resident

# 24

**Name** Parisa Salehi
In Care of
Street
Address        9812 Falls Road, 114-227
Apt No.
City,State,Zip  Potomac, MD 20854

| Sex: | ☐ Male ☑ Female | Date of Birth (Month/Day/Year): March 29, 1971 |
| City of Birth: Qazveen | Country of Birth: IRAN |
| Country of Nationality: IRAN | Country of Last Residence: IRAN |

| Marital Status | ☑ Single | ☐ Married | Occupation: 087 | N/I Class at time of Ad.: F1 | Year Adm to U.S. or Year of Change to Present NI class (whichever most recent) |
| | ☐ Widowed | ☐ Divorced | ☐ Separated | | |

Priority Date (Month/Day/Year): April 30, 1997

Preference (if any): E36

Country to Which Chargeable (if any): IRAN

| Section 212(a)(4) Labor Certification | ☑ Applicable - Submitted | ☐ Not Applicable | Mother's First Name: Fatmeh | Father's First Name: Sirous |

| Last NIV Issued at (U.S. Consulate Post) | Date of Issuance of Last NIV | Number of Last NIV: | Classification of Last NIV: F1 |

Under the following provision of law

☐ Public Law 95-412      ☐ Sec. 209 (a) of the INA      ☐ Sec. 249 of the I N Act      ☐ Other Law (specify)
☐ Public Law 95-212      ☐ Sec. 209(b) of the INA      ☐ Sec. 1 of the Act of 11/2/66
☐ Public Law No.          ☐ Sec. 244 ( ) ( ) of the INA   ☐ Sec. 13 of the Act of 9/11/57
of the ___Congress__Session  ☑ Sec. 245 of the INA      ☐ Sec. 214(d) of the INA

As of _____May 4, 2000_____ at _____Baltimore, Maryland_____
      (Month)    (Day)    (Year)              PORT OF ENTRY FOR PERMANENT RESIDENCE

Class of admission (insert symbol) _____ E36

REMARKS

RECOMMENDED BY: (Immigration Officer)

(a)(k)(2)
(b)(7)(c)

**APPROVED**
DISTRICT DIRECTOR

DATE OF ACTION   MAY X 4 2000

DO

DISTRIC

(a)(k)(2)      (b)(7)(c)

FOR USE BY VISA CONTROL OFFICE

Date  5/9/2000

Foreign State  Iran

Preference Category  E36

Number

Month of Issuance  May

(a)(k)(2)
(b)(7)(c)  Signed
              (Visa Office, Dept of State)

INS/VSC
ST ALBANS, VT 05479-0001
73

2000 MAY 18 P 3:25
RECEIVED
CENTER DIRECTOR

cc: Page 2 Master Index copy sent on _____
cc: Page 3 ADIT and Statistical report copy sent on _____

Form I-181 (Rev. 3-1-83) N

3. Index Copy

(a)(k)(2)      (b)(7)(c)

19

Department of Homeland Security
U.S. Citizenship and Immigration Serv

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>June 24, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 075 981 185 |
| APPLICATION NUMBER<br>ESC*001443680 | RECEIVED DATE<br>June 17, 2005 | PRIORITY DATE<br>June 17, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

PARISA SALEHI
3614 FESSENDEN STREET N W
WASHINGTON DC  20008

PAYMENT INFORMATION:

Single Application Fee:     $390.00
Total Amount Received:     $390.00
Total Balance Due:          $0.00

ılıllllıllıllıllllı

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:          March 29, 1971
Address Where You Live:  3614 FESSENDEN STREET N W
                        WASHINGTON DC 20008

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within  90 days of this notice.

*Called USCIS at 800-375-5283. officer ved and told me, local office for 20008 is reviewing applicants of Jan 05. And said*

*Called USCIS at 800-375-5283 on 1/5/06 — recording announced t decision will take 2 days.*

*to ✓ back w/ them in January if have not heard anything. My application date is for June —*

If you have a ~~...~~ ice or the status of your case, please contact our office at the below address or customer service number.
You will be n ~~...~~ may have filed.

If you have o ~~...~~ enefits and services, filing information, or INS forms, please call the INS National Customer Service
Center (NCSC ~~...~~ paired, please call the NCSC TDD at **1-800-767-1833.**

If you have ac ~~...~~ at www.ins.usdoj.gov.  Here you can find valuable information about forms and filing instructions, and
about general ~~...~~ present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC$001419245



Form I-797C (Rev. 08/31/04) N

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using **CAPITAL** letters.  Failure to print clearly may delay your application.  Use black or blue ink.

| Part 1.  Your Name *(The Person Applying for Naturalization)* |
| --- |

**A. Your current legal name.**

Family Name *(Last Name)*

SALEHI

Given Name *(First Name)*

PARISA

Full Middle Name *(If applicable)*

N/A

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name *(Last Name)*

SALEHI

Given Name *(First Name)*

PARISA

Full Middle Name *(If applicable)*

N/A

**C. If you have ever used other names, provide them below.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
| --- | --- | --- |
| N/A | | |
| | | |
| | | |

**D. Name change** *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☑ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

N/A

Given Name *(First Name)*

Full Middle Name

| Part 2.  Information About Your Eligibility     *(Check Only One)* |
| --- |

I am at least 18 years old **AND**

Write your INS "A"- number here:

A  0  7  5  9  8  1  1  8  5

**FOR INS USE ONLY**

Bar Code                    Date Stamp

Remarks

Action

## Part 3.  Information About You

Write your INS "A"- number here:
A 0 7 5 9 8 1 1 8 5

**A. Social Security Number**
5 4 4 - 2 9 - 2 8 7 2

**B. Date of Birth** (Month/Day/Year)
0 3 / 2 9 / 1 9 7 1

**C. Date You Became a Permanent Resident** (Month/Day/Year)
0 5 / 0 4 / 2 0 0 0

**D. Country of Birth**
IRAN

**E. Country of Nationality**
IRAN

**F.** Are either of your parents U.S. citizens? (if yes, see Instructions)  ☐ Yes  ☑ No

**G.** What is your current marital status?  ☑ Single, Never Married  ☐ Married  ☐ Divorced  ☐ Widowed

☐ Marriage Annulled or Other (Explain) _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?  ☐ Yes  ☑ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? (See Instructions for some examples of accommodations.)  ☐ Yes  ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

## Part 4.  Addresses and Telephone Numbers

**A. Home Address - Street Number and Name** (Do NOT write a P.O. Box in this space)
3614 FESSENDEN STREET, N.W.

**Apartment Number**

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| WASHINGTON | N/A | D.C. | 20008 | U.S.A. |

**B. Care of**
N/A

**Mailing Address - Street Number and Name** (If different from home address)

**Apartment Number**

| City | State | ZIP Code | Country |
|------|-------|----------|---------|

**C. Daytime Phone Number** (If any)
(202 )344-4334

**Evening Phone Number** (If any)
(202 )257-5708

**E-mail Address** (If any)
psalehi@venable.com

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A  0  7  5  9  8  1  1  8  5

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☐ Male    ☑ Female

B. Height

5  Feet 3.0 Inches

C. Weight

100.0  Pounds

D. Are you Hispanic or Latino?    ☐ Yes    ☑ No

E. Race *(Select one or more.)*

☑ White    ☐ Asian    ☐ Black or African American    ☐ American Indian or Alaskan Native    ☐ Native Hawaiian or Other Pacific Islander

F. Hair color

☑ Black    ☐ Brown    ☐ Blonde    ☐ Gray    ☐ White    ☐ Red    ☐ Sandy    ☐ Bald (No Hair)

G. Eye color

☐ Brown    ☐ Blue    ☐ Green    ☐ Hazel    ☐ Gray    ☑ Black    ☐ Pink    ☐ Maroon    ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.   (SEE ATTACHED PAGE FOR CONTINUATION)

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(Month/Year)* | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | 0 4 / 2 0 0 5 | Present |
| 2363 CHAMPLAIN STREET, N.W., WASHINGTON, D.C. 20009, U.S.A. | 0 1 / 2 0 0 5 | 0 4 / 2 0 0 5 |
| 1821 CORCORAN STREET, N.W., WASHINGTON, D.C. 20009, U.S.A. | 0 9 / 2 0 0 4 | 0 1 / 2 0 0 5 |
| 1243 LINDEN PLACE, N.E., WASHINGTON, D.C. 20001, U.S.A. | 0 2 / 2 0 0 2 | 0 9 / 2 0 0 4 |
| 1816 15th STREET, N.W., WASHINGTON, D.C. 20009, U.S.A. | 0 1 / 2 0 0 2 | 0 2 / 2 0 0 2 |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.   (SEE ATTACHED PAGE FOR CONTINUATION)

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| VENABLE LLP | 757 7TH STREET, N.W. WASHINGTON, D.C. 20004 | 0 4 / 2 0 0 4 | PRESENT __ / __ __ | LAWYER |
| HOWARD UNIVERSITY SCHOOL OF LAW | 2900 VAN NESS, N.W. WASHINGTON, D.C. 20008 | 0 8 / 2 0 0 4 | PRESENT __ / __ __ | ADJUNCT PROF. OF LAW |
| WASHINGTON SPORTS CLUB | 1211 CONN. AVENUE, N.W. WASHINGTON, D.C. 20006 | 0 6 / 2 0 0 2 | PRESENT | GROUP FITNESS INSTRUCTOR |
| STAFFWISE | 1150 CONN. AVENUE, N.W. WASHINGTON, D.C. 20036 | 1 2 / 2 0 0 3 | 0 4 / 2 0 0 4 | CONTRACTOR |
| COMPLIANCE | 1130 CONN. AVENUE, N.W. WASHINGTON, D.C. 20036 | 1 0 / 2 0 0 2 | 1 2 / 2 0 0 3 | CONTRACTOR |

A 075981185

# CONTINUATION OF APPLICATION FOR NATURALIZATION (N-400)

## Part 6.  Information About Your Residence and Employment

### A.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
|---|---|---|
| | From | To |
| 1511  13th STREET, N.W., WASHINGTON, D.C.  20009, U.S.A. | 09/2001 | 01/2002 |
| 1721  SEATON PLACE, N.W. WASHINGTON, D.C.  20009, U.S.A. | 08/2001 | 09/2001 |
| 1801 MARSHAL AVENUE, PHOENIX, AZ  85016, U.S.A. | 06/1999 | 08/2001 |

### B.

| Employer or School Name | Employer or School Address | Dates (Month/Year) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| LAWCORPS | 1819 L STREET, N.W. WASHINGTON, D.C. 20036 | 08/2000 | 06/2002 | CONTRACTOR |
| HOLLOWAY ODEGOOD SWEENY AND EVANS | 3101 N. CENTRAL AVENUE PHOENIX, AZ  85012, U.S.A. | 09/2000 | 06/2001 | ASSOCIATE |

**Part 7.  Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 0 7 5 9 8 1 1 8 5

A.  How many total days did you spend outside of the United States during the past 5 years?    7    days

B.  How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?    1    trips

C.  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 1 1 / 0 6 / 2 0 0 4 | 1 1 / 1 2 / 2 0 0 4 | ☐ Yes ☑ No | Belize | 7 |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |
| __ / __ / __ | __ / __ / __ | ☐ Yes ☐ No | N/A | |

**Part 8.  Information About Your Marital History**

A.  How many times have you been married (including annulled marriages)?    0    If you have NEVER been married, go to Part 9.

B.  If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
N/A

Given Name *(First Name)*
N/A

Full Middle Name *(If applicable)*
N/A

2. Date of Birth *(Month/Day/Year)*
__ / __ / __

3. Date of Marriage *(Month/Day/Year)*
__ / __ / __

4. Spouse's Social Security Number
___ - __ - ____

5. Home Address - Street Number and Name
N/A

Apartment Number
N/A

City
N/A

State
N/A

ZIP Code
N/A

| **Part 8.  Information About Your Marital History** *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A  0  7  5  9  8  1  1  8  5 |

C. Is your spouse a U.S. citizen?      ☐ Yes      ☐ No

D. If your spouse is a U.S. citizen, give the following information:

    1. When did your spouse become a U.S. citizen?      ☐ At Birth      ☐ Other

    If "Other," give the following information:

| 2. Date your spouse became a U.S. citizen | 3. Place your spouse became a U.S. citizen *(Please see Instructions)* |
|---|---|
| _ _/_ _/_ _ _ _ | N/A |
| | City and State |

E. If your spouse is NOT a U.S. citizen, give the following information :

| 1. Spouse's Country of Citizenship | 2. Spouse's INS "A"- Number *(If applicable)* |
|---|---|
| N/A | A _ _ _ _ N / A _ _ _ _ |

3. Spouse's Immigration Status

☐ Lawful Permanent Resident      ☐ Other          N/A

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| N/A | N/A | N/A |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)* | 4. Date Marriage Ended *(Month/Day/Year)* |
|---|---|---|
| ☐ U.S. Citizen<br>☐ Lawful Permanent Resident<br>☐ Other _____ | _ _/_ _/_ _ _ _ | _ _/_ _/_ _ _ _ |
| | 5. How Marriage Ended | |
| | ☐ Divorce    ☐ Spouse Died    ☐ Other          N/A | |

G. How many times has your current spouse been married (including annulled marriages)?      ☐

    If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
    If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions
    1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| N/A | N/A | N/A |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)* | 4. Date Marriage Ended *(Month/Day/Year)* |
|---|---|---|
| ☐ U.S. Citizen<br>☐ Lawful Permanent Resident<br>☐ Other _____ | _ _/_ _/_ _ _ _ | _ _/_ _/_ _ _ _ |
| | 5. How Marriage Ended | |
| | ☐ Divorce    ☐ Spouse Died    ☐ Other _____ | |

| Part 9.  Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A 0 7 5 9 8 1 1 8 5 |

A.  How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

| 0 |
|---|

B.  Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth *(Month/Day/Year)* | INS "A"- number *(if child has one)* | Country of Birth | Current Address *(Street, City, State & Country)* |
|---|---|---|---|---|
| N/A | _ _ / _ _ / _ _ _ _ | A_ _ _ _ _ _ _ _ _ | | |
| N/A | _ _ / _ _ / _ _ _ _ | A_ _ _ _ _ _ _ _ _ | | |
| N/A | _ _ / _ _ / _ _ _ _ | A_ _ _ _ _ _ _ _ _ | | |
| N/A | _ _ / _ _ / _ _ _ _ | A_ _ _ _ _ _ _ _ _ | | |
| N/A | _ _ / _ _ / _ _ _ _ | A_ _ _ _ _ _ _ _ _ | | |
| N/A | _ _ / _ _ / _ _ _ _ | A_ _ _ _ _ _ _ _ _ | | |
| N/A | _ _ / _ _ / _ _ _ _ | A_ _ _ _ _ _ _ _ _ | | |
| N/A | _ _ / _ _ / _ _ _ _ | A_ _ _ _ _ _ _ _ _ | | |

| Part 10.  Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1.  Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes ☑ No

2.  Have you **EVER** registered to vote in any Federal, state, or local election in the United States?  ☐ Yes ☑ No

3.  Have you **EVER** voted in any Federal, state, or local election in the United States?  ☐ Yes ☑ No

4.  Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return?  ☐ Yes ☑ No

5.  Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes ☑ No

6.  Do you have any title of nobility in any foreign country?  ☐ Yes ☑ No

7.  Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 5 9 8 1 1 8 5 |

**B.  Affiliations**

8.  a.  Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes  ☑ No

b.  If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | | Name of Group | |
|---|---|---|---|
| 1. | N/A | 6. | N/A |
| 2. | N/A | 7. | N/A |
| 3. | N/A | 8. | N/A |
| 4. | N/A | 9. | N/A |
| 5. | N/A | 10. | N/A |

9.  Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

a.  The Communist Party?  ☐ Yes  ☑ No

b.  Any other totalitarian party?  ☐ Yes  ☑ No

c.  A terrorist organization?  ☐ Yes  ☑ No

10.  Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☑ No

11.  Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☑ No

12.  Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a.  The Nazi government of Germany?  ☐ Yes  ☑ No

b.  Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☑ No

c.  Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☑ No

**C.  Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13.  Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☑ No

14.  Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 5 9 8 1 1 8 5 |

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☑ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☑ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes ☑ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☑ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☑ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☑ No

21. Have you **EVER** been in jail or prison? ☐ Yes ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard? ☐ Yes ☑ No

    b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☑ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☑ No

    d. been married to more than one person at the same time? ☐ Yes ☑ No

    e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☑ No

    f. gambled illegally or received income from illegal gambling? ☐ Yes ☑ No

    g. failed to support your dependents or to pay alimony? ☐ Yes ☑ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☑ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☑ No

| Part 10.  Additional Questions *(Continued)* | Write your INS "A"- number here: |
| --- | --- |

A <u>0</u> <u>7</u> <u>5</u> <u>9</u> <u>8</u> <u>1</u> <u>1</u> <u>8</u> <u>5</u>

#### E. Removal, Exclusion, and Deportation Proceedings

25.  Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26.  Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

27.  Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

28.  Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☑ No

#### F. Military Service

29.  Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30.  Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31.  Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32.  Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

#### G. Selective Service Registration

33.  Are you a male who lived in the United States at any time between your 18th and 26th birthdays
in any status except as a lawful nonimmigrant?  ☐ Yes  ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you
must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year)    N/A    Selective Service Number  __ __ / __ __ __ __ __ __ / __

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a
statement explaining why you did not register.

#### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was
"No" and (2) any additional information or documentation that helps to explain your answer.

34.  Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35.  Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36.  Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37.  If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38.  If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39.  If the law requires it, are you willing to perform work of national importance under civilian
direction?  ☑ Yes  ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here:
A | 0 | 7 | 5 | 9 | 8 | 1 | 1 | 8 | 5

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

*Parisa Salehi*

Date *(Month/Day/Year)*

0 6 / 1 5 / 2 0 0 5

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

N/A

Preparer's Signature

Date *(Month/Day/Year)*

_ _ / _ _ / _ _ _ _

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

(   )

Preparer's Address - Street Number and Name

City

State

ZIP Code

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me _____   _____

Officer's Printed Name or Stamp          Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing , you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

PARISA SALEHI

Complete Signature of Applicant

*Parisa Salehi*

*Fingerprint notification in MD. for March/21 2006*

## THE UNITED STATES OF AM...

Fingerprint Notification

| CASE TYPE | | | INS A# |
|---|---|---|---|
| N400    Application For Naturalization | | | A 075 981 185 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ESC*001443680 | June 17, 2005 | June 17, 2005 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

PARISA SALEHI
3614 FESSENDEN STREET W
WASHINGTON DC 20008

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS GLENMONT | 03/21/2006 |
| 12331-C GEORGIA AVE. | 09:00 AM |
| GLENMONT PLAZA | |
| WHEATON MD 20906 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

INS GLENMONT
12331-C GEORGIA AVE.
GLENMONT PLAZA
WHEATON MD 20906

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
ESC*001443680

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 75 981 185

On JUN X 7 2006 , you were interviewed by USCIS officer _____ **Juliet Jenkins** _____

- [x] You passed the tests of English and U.S. history and government.
- [x] You passed the tests of U.S. history and government and the English language requirement was waived.
- [ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- [ ] Please follow the intructions on Form N-14.
- [ ] USCIS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __X__ **A decision cannot yet be made about your application.**

**It is very important that you:**

- [x] Notify USCIS if you change your address
- [x] Come to any scheduled interview.
- [x] Submit all requested documents.
- [x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.
- [x] Go to any Oath Ceremony that you are scheduled to attend.
- [x] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652  (Rev. 01/14/05

.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

July 11, 2005

**NRC2005062823**

Parisa Salehi
3614 Fessenden Street
Washington, DC 20008

Dear Parisa Salehi:

We received your request for information relating to your file on July 11, 2005.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. 552). It has been assigned the following control number: NRC2005062823. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this system we consider each request according to the complexity and volume so that requesters with a simple and quick response do not wait for extended periods of time while we review complex voluminous requests. Because of the nature of your request we have placed your request on the simple track.

This office is now able to offer you the option of having your records copied to a Compact Disc (CD) for use on your personal computer. This option is an alternative to paper copies. The CD is readable on all computers, except Apple brand, through the use of Adobe Acrobat software. A version of Adobe Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be printed onto paper. Only records 15 pages or more are eligible for CD printing. **Attorneys automatically receive CDs, unless they contact us to request paper copies. Once an attorney has requested paper copies, all future responsive records will be provided via paper – there is no need to call again.** For individuals (i.e. non-attorneys) please call our office at (816) 350-5570 to order your record on CD. Once you request your records on either CD or paper, all future records will be furnished in the format you have requested.

If you have further questions, please address your inquiry to this office, Attention: FOIA/PA Officer. You may also call us at 816-350-5570 or fax any correspondence to 816-350-5785.

Sincerely,

T. Diane Cejka
Director

www.uscis.gov

U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Cit
and Im
Service

*USCIS public File on Parisa sent to parisa July 6/06*

NRC200!

July 6, 2006

Parisa Salehi
3614 Fessenden Street
Washington, DC 20008

Dear Parisa Salehi:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office July 11, 2005, regarding the subject: Salehi, Parisa.

We have completed the review of all documents responsive to your request and have identified 148 pages, which are responsive to your request. Enclosed are 130 pages in their entirety, and 17 pages in part pursuant to 5 U.S.C. 552a (k)(2) of the Privacy Act and pursuant to 5 U.S.C. 552 (b)(7)(C) of the FOIA. We are withholding one page in full pursuant to 5 U.S.C. 552a (k)(2) of the Privacy Act and pursuant to 5 U.S.C. 552 (b)(7)(C) of the FOIA. In our review of these pages we have determined that they contain no reasonable segregable portions of non-exempt information. The basis for the deletions in part and for withholding pages in full are as follows:

Privacy Act 5 U.S.C. 552a (k)(2) and (b)(7)(C)
Exemption (k)(2) provides protection to investigatory material compiled for law enforcement purposes. The types of documents and/or information withheld in conjunction with (b)(7)(C) could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents relating to third party individuals that are considered personal.

Freedom of Information Act 5 U.S.C. 552(b)(7)(C)
Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. The types of documents and/or information withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Please note you are receiving the best reproducible copies available.

In the event you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 111 Massachusetts Ave., NW, 2nd Floor, Washington, DC 20529, within 60 days of receipt of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Please be advised that the National Records Center does not process any type of petition/application or any other benefit under the Immigration and Nationality Act. If you have any questions or wish to submit documentation relating to a pending petition/application or any other matter pending with this agency, you must address these issues with your nearest District Office.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at 816-350-5570 or fax any correspondence to 816-350-5785.

Sincerely,

T. Diane Cejka
Director

Enclosure(s)

*Last correspondence with USCIS re Naturalication delay dated Sep 2006 w/ attachment*

# VENABLE® LLP

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978

Telephone 410-244-7400
Facsimile 410-244-7742

W. Warren Hamel                                    410-244-7563

September 22, 2006

Officer Juliet Jenkins
Department of Homeland ecurity
Bureau of Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, Vermont  05479-0001

Re:   <u>Parisa Salehi – A# 75 981 185</u>

Dear Officer Jenkins:

I am writing to inquire as to the status of Ms. Salehi's application for citizenship. As the enclosed copy of her N-652 form shows, she has passed the English and U.S. history and government tests and is awaiting the swearing in ceremony.

Thank you in advance for your prompt attention to this matter.

Sincerely yours,

W. Warren Hamel

Enclosure

cc:   Parisa Salehi, Esq.



MAGGIO
KATTAR

Immigration          II Dupont Circle, NW      202.483.0053 tel
and                  Suite 775                 202.483.6801 fax
Nationality Attorneys Washington, DC 20036     www.maggio-kattar.com

Our File No.: 07-817

**_VIA FEDERAL EXPRESS_**
**_8594 7730 3312_**

July 3, 2007

Mr. Gregory Christian District Director
U.S. Citizenship and Immigration Services
Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA  22031

RE:  **PARISA SALEHI (A75 981 185) - INQUIRY RE: PENDING APPLICATION FOR
NATURALIZATION**

Dear Mr. Christian:

We write on behalf of our above-named client in an attempt to resolve her long pending
Application for Naturalization (N-400).  Our G-28 is enclosed.  Should these efforts prove unsuccessful
within the next thirty (30) days, our client has authorized us to prepare a Petition for Hearing on
Naturalization Application under INA § 336(b), for filing in U.S. District Court in the District of
Columbia.

Ms. Parisa Salehi is a citizen of Iran who has been a lawful permanent resident since 2000.  In
June 2005, she applied for naturalization and subsequently appeared for an interview at U.S. Citizenship
and Immigration Services in Fairfax, Virginia on June 7, 2006.  At the end of the interview, CIS
Examiner Juliet Jenkins told Ms. Salehi that she appeared eligible for naturalization but that, due to
"security checks" that have not yet been completed, Ms. Salehi's application could not be
adjudicated.

Ms. Salehi is understandably eager to have this matter resolved, as it has created considerable
anxiety and uncertainty for her and has created obstacles in her professional activities.  In addition,
Ms. Salehi has been advised by his undersigned counsel that if efforts to resolve this matter with CIS
prove unsuccessful, she is entitled to file a lawsuit under INA § 336(b), requesting the U.S. District
Court to assume jurisdiction over her naturalization application and adjudicate her claim.  This letter
is submitted in hopes that such federal court litigation can be avoided.  We look forward to your
timely response.

Respectfully submitted,

MAGGIO & KATTAR

Andres C. Benach

cc:  Michael Metzgar, Associate Regional Counsel, USCIS
     Parisa Salehi

Michael Maggio          Andrés C. Benach*      Sandra Grossman*     *Not admitted in
Elizabeth A. Quinn*      John Nahaizer          Nadeen Aljijakli*    Washington, DC
Melissa Frisk*           Amy R. Novick          Thomas Ragland*
James Alexander*         Cora D. Tekach

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Entry of Appearance
## as Attorney or Representative

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| | |
|---|---|
| In re:  Parisa SALEHI | Date: 6/30/07 |
| | File No.  A075981185 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:  **Parisa SALEHI**   ☐ Petitioner   ☒ Applicant
  ☐ Beneficiary

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)
  3614 Fessenden Street, NW   Washington   DC   20008

Name:   ☐ Petitioner   ☐ Applicant
  ☐ Beneficiary

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
  New York   Court of Appeals
   *Name of Court*   and am not under a court or administrative agency
  order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
  the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☒ 4. Others (Explain Fully.)
  Michael Maggio, Cora Tekach admitted U.S. Supreme Court; John Nahajzer, Amy Novick admitted D.C. Court of Appeals; Thomas Ragland, Melissa Frisk, Sandra Grossman admitted Maryland Court of Appeals; Elizabeth Quinn admitted Supreme Court of Virginia; James Alexander admitted Florida Supreme Court; Andrés Benach, Nadeen Aljijakli admitted NY Court of Appeals.

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Maggio & Kattar, P.C.
11 Dupont Circle, N.W., Suite 775
Washington, DC  20036 |
| NAME (Type or Print)
Andres Benach | TELEPHONE NUMBER
(202) 483-0053        Fax: (202) 483-6801 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Michael Maggio, Elizabeth Quinn, Jim Alexander, Andrés Benach, John Nahajzer, Cora Tekach, Amy Novick, Melissa Frisk, Sandra Grossman, Nadeen Aljijakli, and Thomas Ragland.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Immigration matters before the U.S. Department of Homeland Security, U.S. Department of State, U.S. Department of Labor, and U.S. Department of Justice.

| Name of Person Consenting
Parisa SALEHI | Signature of Person Consenting | Date
6/30/07 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 ELSEQ.

Form G-28 (09 26 00)Y

## VERIFICATION

I, Parisa Salehi, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Petition for Hearing on

Naturalization Application, upon information and belief.

Dated: _july 30/07_

Place: _Washington, DC._

_Parisa Salehi_

PARISA SALEHI

Thomas K. Ragland
Nadeen Aljijakli
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
Phone: (202)483-0053  Fax: (202)483-6801